UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v. ) | VIOLATIONS: |
| ) | **05 CR 10083 JLT** |
| DWAYNE THOMAS ) | |
| ) | 18 U.S.C. § 1344 (Bank Fraud) |
| Defendant. ) | 18 U.S.C. § 2 (Aiding & Abetting) |
| ) | |

## INFORMATION

### COUNTS ONE THROUGH NINE
(Bank Fraud – 18 U.S.C. § 1344(1))

The United States Attorney charges that:

1. On or about the dates set forth below, in the District of Massachusetts, the defendant,

### DWAYNE THOMAS

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Citizens Bank and Fleet Bank among others, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|---|---|---|
| 1. | 2/24/04 | Attempted Withdrawal of $7,000 from the Citizens Bank account of JG |

| | | |
|---|---|---|
| 2. | 7/7/04 | Withdrawal and transfer of a total of $19,000 from the Citizens Bank account of DG |
| 3. | 7/16/04 | Withdrawal of $3,000 from the Citizens Bank Account of DG |
| 4. | 7/16/04 | Withdrawal of $4,000 from the Citizens Bank Account of DG |
| 5. | 7/16/04 | Attempted withdrawal of $3,200 from the Citizens Bank Account of TN |
| 6. | 7/29/04 | Withdrawal of $4,200 from the Fleet Bank Account of DS |
| 7. | 7/29/04 | Withdrawal of $5,000 from the Fleet Bank Account of DS |
| 8. | 8/2/04 | Attempted withdrawal of $19,000 from the Fleet Bank Account of DS |
| 9. | 8/2/04 | Attempted withdrawal of $9,000 from the Fleet Bank Account of DS |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SETH P. BERMAN
Assistant U.S. Attorney

Date: March 28, 2005

2

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

05 CR 10083 JLT

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. II  Investigating Agency POSTAL

City  Boston and other places      Related Case Information:

County  Suffolk                    Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number  05 M 1032 JGD
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  DWAYNE THOMAS                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  45 Evelyn Street, Mattapan, MA

Birth date (Year only): 1959   SSN (last 4 #): 6697   Sex M   Race: Bl   Nationality: USA

Defense Counsel if known:  John H. LaChance      Address: 600 Worcester Road, Suite 500
                                                          Framingham, MA 01702
Bar Number: _____

## U.S. Attorney Information:

AUSA  Seth Berman                    Bar Number if applicable  629332

Interpreter:  ☐ Yes  ☒ No            List language and/or dialect: _____

Matter to be SEALED:   CMG
                       ☒ Yes   ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  J Dein  on  2/16/05

Charging Document:  ☐ Complaint  ☒ Information  ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  Nine

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  3/28/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DWAYNE THOMAS

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1344 | Bank Fraud | 1-9 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**