UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.: 05M-1032-JGD |
| | ) | |
| DWAYNE THOMAS, | ) | |
| Defendant | ) | |

**ASSENTED TO MOTION TO CONTINUE**

NOW COMES, Counsel for the Defendant, Dwayne Thomas, and moves that the Rule 11

Hearing scheduled for Wednesday, May 17, 2005 be continued to either Monday, June 13th; or

Tuesday, June 14, 2005.

AS REASON THEREFORE, counsel states as follows:

1.    Counsel is currently on trial before Judge Young of the United States District Court,

United States v. Mendes. Trial is expected to last an additional two (2) weeks.

2.    Counsel is scheduled to appear for an Evidentiary Suppression Hearing in the

Middlesex Superior Court, Commonwealth v. Easawaramuthali at 2:00 p.m. on

Wednesday, May 17, 2005.

3.    Assistant United States Attorney Seth Berman assents to this continuance.


Respectfully Submitted,
**DWAYNE THOMAS**
By his Attorney;


Dated:  May 12, 2005                    /s/ John H. LaChance
                                        John H. LaChance, Esquire
                                        BBO# 282500
                                        600 Worcester Road
                                        Suite 501
                                        Framingham, MA 01702
                                        Telephone:    (508) 879-5730
                                        Facsimile:    (508) 879-2288