UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 05 CR 10083 JLT |
| | ) | |
| v. | ) | |
| | ) | |
| DWAYNE THOMAS, | ) | |
|     Defendant | ) | |

## ASSENTED TO EMERGENCY MOTION TO AMEND CONDITIONS OF RELEASE TO PERMIT VISIT WITH CHILDREN IN INDIANA

NOW COMES, Dwayne Thomas, the defendant in the above-captioned indictment and moves that his conditions of release be amended to permit him to travel to Indianapolis, Indiana from August 20, 2005 to August 29, 2005 to visit with his minor children, ages 10 and 9 who live with their mother.

In support of this motion the defendant states as follows:

1. Defendant has plead guilty to an information and is scheduled to be sentenced on September 7, 2005.

2. He has abided by all of his conditions of release since they were imposed on February 16, 2005.

3. Assistant United States Attorney Seth Berman has been consulted regarding this matter and gives his assent to this motion.

4. This trip will enable him to continue to maintain contact with his children there.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**DWAYNE THOMAS**<br>By his Attorney; |
| Dated: August 9, 2005 | /s/   John H. LaChance<br>John H. LaChance, Esquire<br>BBO# 282500<br>600 Worcester Road<br>Suite 501<br>Framingham, MA 01702<br>Telephone:   (508) 879-5730<br>Facsimile:    (508) 879-2288 |