UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *v.* | ) | Criminal No. 05-10083-JLT |
| | ) | |
| DWAYNE THOMAS | ) | |

NOTICE OF APPEARANCE FOR
ASSISTANT U.S. ATTORNEY ADAM BOOKBINDER

I will be appearing as counsel for the government in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:   /s/ Adam Bookbinder
ADAM J. BOOKBINDER
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Adam J. Bookbinder
Adam J. Bookbinder

Dated: February 21, 2007