AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                MASSACHUSETTS

UNITED STATES OF AMERICA
V.
DWAYNE THOMAS

## SUMMONS IN A CRIMINAL CASE

Case Number:        CR 05-CR 10083-JLT

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S.DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA | 22- 7TH FLOOR |
| | Date and Time |
| Before: | July 7, 2008 at 11:30 a.m. |

To answer a(n)

☐ Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      x   Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_____
Signature of Issuing Officer

June 20, 2008
_____
Date

ZITA LOVETT, DEPUTY CLERK
Name and Title of Issuing Officer